IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DATATREASURY CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>MAGTEK, INC.,<br><br>Defendant. | 1:06MC75<br><br>E.D. Tex. Civil Action No. 2:03-cv-00459-DF |

**NON-PARTY CREATIVE PAYMENT SOLUTIONS INC.'S MOTION TO QUASH PLAINTIFF'S SUBPOENA**

Pursuant to Rule 45 of the Federal Rules of Civil Procedure, non-party Creative Payment Solutions Inc. ("CPS") respectfully moves the Court for an order quashing the subpoena served on August 18, 2006 by DataTreasury Corporation in the above-referenced case. CPS' motion is made on the grounds that (1) the subpoena fails to allow reasonable time for compliance; (2) the subpoena requires disclosure of privileged or other protected matter and no exception or waiver applies; (3) the subpoena subjects CPS to undue burden; and (4) Defendant Magtek, Inc. has filed a Motion for Protective Order seeking to prevent the deposition of CPS from taking place and such motion is still pending. In support of this Motion, CPS has submitted its supporting memorandum contemporaneously herewith.

Respectfully submitted, this the 23rd day of August, 2006.

*/s/ E. Danielle Thompson Williams*

Steven Gardner
NC Bar No. 12137
E. Danielle Thompson Williams
NC Bar No. 23283

US2000 9464275.1 55588-329765

Case 1:06-mc-00075-UA-PTS   Document 1   Filed 08/23/2006   Page 1 of 3   Dockets.Justia.com

Bret T. Winterle
NC Bar No. 32051

1001 West 4th Street
Winston-Salem, NC 27104
Telephone: (336) 607-7300
Fax: (336) 607-7500

Attorneys for Non-Party Creative Payment
Solutions, Inc.

2

US2000 9464275.1 55588-329765

## CERTIFICATE OF SERVICE

I hereby certify that on this date I caused to be served the foregoing Motion to Quash on Plaintiff's counsel of record by electronic mail and by Federal Express, addressed as follows:

| | |
|---|---|
| Anthony Bruster, Esq.<br>Richard B. King, Esq.<br>Nix Patterson & Roach, L.L.P.<br>2900 St. Michael Dr., 5th Floor<br>Texarkana, TX 75503 | akbruster@nixlawfirm.com<br>benking@nixlawfirm.com |
| David A. Dillard, Esq.<br>Christie, Parker & Hale, LLP<br>350 West Colorado Blvd., Suite 500<br>P.O. Box 7068<br>Pasadena, CA 91109-7068 | david.dillard@cph.com |

This 23rd day of August, 2006.   _/s/ E. Danielle Thompson Williams_

E. Danielle Thompson Williams

Attorney for Non-Party Creative Payment Solutions, Inc.