IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DATATREASURY CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>MAGTEK, INC.,<br><br>Defendant. | 1:06MC75<br><br>E.D. Tex. Civil Action No. 2:03-cv-00459-DF |

### ORDER

This matter is before the Court on Non-party Creative Payment Solutions Inc.'s Motion to Quash. Creative Payment Solutions Inc.'s Motion to Quash is hereby GRANTED.

This _____ day of _____, 2006.

_____

US2000 9464394.1 55588-329765