## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| **DATATREASURY CORPORATION,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Cause No. 06MC75** |
| | § | **E.D. Tex. Cause No. 2:03CV00459** |
| **MAGTEK, INC.,** | § | |
| **Defendant.** | § | |

## ORDER

This matter is before the Court on Creative Payment Solutions, Inc.'s Motion to

Quash.  Creative Payment Solutions, Inc.'s Motion to Quash is hereby DENIED.


This _____ day of _____, 2006.


_____

Dockets.Justia.com