# EXHIBIT "2"

## Ben King

**From:** Ben King [benking@nixlawfirm.com]
**Sent:** Wednesday, August 16, 2006 6:19 PM
**To:** 'Dial, Audra'
**Cc:** 'datatreasury@cooperiplaw.com'
**Subject:** FW: DTC vs. MagTek - 3rd Party Subpoenas

Audra,

You were inadvertently left off of the original recipient list. We are simply providing this as a courtesy copy to you. We will have the attached formally served on CPS's registered agent. Again, we will do what we can on our end to work on dates if these do not work for you.

Thank you,
Ben

--
**R. Benjamin King**
Attorney - Nix, Patterson & Roach, L.L.P.
2900 St. Michael Drive, Suite 500
Texarkana, Texas 75503

Office: 903.223.3999
Fax: 903.223.8520
Cell: 903.278.5606

---

**From:** Debbie Pirkey [mailto:dpirkey@nixlawfirm.com]
**Sent:** Wednesday, August 16, 2006 6:15 PM
**To:** DTWilliams@Kilpatrickstockton.com
**Cc:** 'AKB'; 'Alesia Kizer'; 'Amie Curry'; 'Ben'; 'Brady '; 'Cary Patterson'; 'Ed Chin'; 'Ed Hohn'; 'Eric Albritton'; 'Joe Kendall'; 'John Ward'; 'Karl Rupp'; 'Lori Remmel'; 'Min '; 'Moni'; 'Neil Smith'; 'Nicole Reed'; 'Rod Cooper'; 'Stephanie McKnight'
**Subject:** DTC vs. MagTek - 3rd Party Subpoenas

Please find the attached Second Amended Notice to Take Deposition along with Dues Tecum and Subpoena. If you have any questions, please give me a call.

Thanks

**Debbie Pirkey**
**Legal Assistant to**
**R. Benjamin King**
**NIX PATTERSON & ROACH, LLP**
**2900 St. Michael Drive, Ste. 500**
**Texarkana, Texas 75503**
**(T) 903 223 3999**
**(F) 903 223 8520**
**dpirkey@nixlawfirm.com**