# EXHIBIT "3"

# Ben King

**From:** Ben King [benking@nixlawfirm.com]
**Sent:** Wednesday, August 23, 2006 12:32 AM
**To:** 'Dial, Audra'
**Cc:** 'datatreasury@cooperiplaw.com'
**Subject:** Creative Payments Depo

Audra,

In our last email correspondence, you indicated that the CPS rep would be returning from vacation on the 22nd and you would be able to discuss available dates at that time. Please advise of the status of this inquiry and the dates that you have determined that a CPS rep is available. I am out of the office, but have access to email so you can reach me that way. Thank you for your prompt attention to this matter.

Ben

-----
R. Benjamin King



2900 St. Michael Drive, Suite 500
Texarkana, Texas 75503

Office: 903.223.3999
Fax:    903.223.8520
Cell:   903.278.5606
www.nixlawfirm.com