# EXHIBIT "4"

Dockets.Justia.com

## Ben King

**From:** Williams, Danielle [DTWILLIAMS@KilpatrickStockton.com]
**Sent:** Wednesday, August 23, 2006 4:04 PM
**To:** akbruster@nixlawfirm.com; benking@nixlawfirm.com; david.dillard@cph.com; brian.brookey@cph.com
**Cc:** Dial, Audra; Boice, Bill; Nelson, Bruce
**Subject:** DTC/Magtek: CPS Subpoena

All-

I have attached CPS' Motion to Quash, Memorandum in Support of CPS' Motion to Quash and Proposed Order that were filed in the Middle District of North Carolina today.

If you have any questions, please let me know.

Danielle



**KILPATRICK STOCKTON LLP**
Attorneys at Law

E. Danielle Thompson Williams
Kilpatrick Stockton LLP
1001 West Fourth Street
Winston-Salem, NC 27101-2400
t 336 607 7306
f 336 734 2616

Confidentiality Notice:
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact us immediately by return e-mail or at 336 607 7300, and destroy the original transmission and its attachments without reading or saving in any manner.