IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| DATATREASURY CORPORATION, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Cause No. 06MC75 |
| | § | E.D. Tex. Cause No. 2:03CV00459 |
| MAGTEK, INC., | § | |
| Defendant. | § | |

**PLAINTIFF DATATREASURY CORPORATION'S SUPPLEMENT TO RESPONSE IN OPPOSITION TO NON-PARTY CREATIVE PAYMENT SOLUTIONS INC.'S MOTION TO QUASH PLAINTIFF'S SUBPOENA**

Plaintiff DataTreasury Corporation ("DataTreasury") respectfully submits this, its Supplement to Response in Opposition to Non-Party Creative Payment Solutions Inc.'s ("CPS") Motion to Quash Plaintiff's Subpoena ("Motion"). CPS's Motion should be denied in light of a recent ruling by the court in the Eastern District of Texas denying MagTek's Motion for Protective Order.

In its reply, CPS stated that the only remaining issue to be resolved by this Court was "whether the deposition of CPS should proceed while Magtek's Motion for Protective Order . . . is pending before the United States District Court for the Eastern District of Texas." CPS Reply at 1. Attached hereto as Exhibit A is the Order of the United States District Court for the Eastern District of Texas denying MagTek's Motion for Protective Order. Since this issue has been addressed by the District Court for the Eastern District of Texas, there are no remaining issues to be resolved by this Court.

As such, should CPS not voluntarily withdraw its Motion to Quash, DataTreasury respectfully requests that this Court deny CPS's Motion in light of this recent ruling.

---

Plaintiff DataTreasury Corporation's Supplement to Response in Opposition to Non-Party Creative Payment Solutions Inc.'s Motion to Quash Plaintiff's Subpoena

Page 1 of 3

Respectfully submitted,

/s/ R. Benjamin King
**EDWARD L. VON HOHN**, Attorney in Charge
State Bar No. 09813240
**NIX PATTERSON & ROACH, L.L.P.**
205 Linda Drive
Daingerfield, Texas 75638
903.645.7333 (telephone)
903.645.4415 (facsimile)
edhohn@nixlawfirm.com

**C. CARY PATTERSON**
State Bar No. 15587000
**BRADY PADDOCK**
State Bar No. 00791394
**ANTHONY BRUSTER**
State Bar No. 24036280
**R. BENJAMIN KING**
State Bar No. 24048592
**NIX PATTERSON & ROACH L.L.P.**
2900 St. Michael Drive, Suite 500
Texarkana, Texas 75503
903.223.3999 (telephone)
903.223.8520 (facsimile)
akbruster@nixlawfirm.com
bpaddock@nixlawfirm.com
benking@nixlawfirm.com

**JOE KENDALL**
State Bar No. 11260700
**KARL RUPP**
State Bar No. 24035243
**PROVOST * UMPHREY, L.L.P.**
3232 McKinney Avenue, Ste. 700
Dallas, Texas 75204
214.744.3000 (telephone)
214.744.3015 (facsimile)
jkendall@provostumphrey.com
krupp@provostumphrey.com

**ROD COOPER**
State Bar No. 90001628

---

Plaintiff DataTreasury Corporation's Supplement to Response in Opposition to Non-Party Creative Payment Solutions Inc.'s Motion to Quash Plaintiff's Subpoena

Page 2 of 3

Case 1:06-mc-00075-UA-PTS     Document 6     Filed 09/11/2006     Page 2 of 3

**THE COOPER LAW FIRM**
c/o **NIX PATTERSON & ROACH LLP**
5215 N. O'Connor Blvd. Ste. 1900
Irving, Texas 75039
972.831.1188 (telephone)
972.692.5445 (facsimile)
rcooper@cooperiplaw.com

**ERIC M. ALBRITTON**
State Bar ;No. 00790215
**ALBRITTON LAW FIRM**
P.O. Box 2649
Longview, Texas 75606
903.757.8449 (telephone)
903.758.7397 (facsimile)
ema@emafirm.com

**T. JOHN WARD, JR.**
State Bar No. 00794818
**LAW OFFICE OF T. JOHN WARD, JR.**
P.O. Box 1231
Longview, Texas 75601
903.757.6400 (telephone)
903.757.2323 (facsimile)
jw@jwfirm.com
**ATTORNEYS FOR PLAINTIFF
DATATREASURY CORPORATION**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served on the 11th day of September, 2006 via electronic transmission.

| | |
|---|---|
| E. Danielle Thompson Williams | DTWilliams@Kilpatrickstockton.com |
| Steven Gardner | SGardner@Kilpatrickstockton.com |
| Bret T. Winterle | BWinterle@Kilpatrickstockton.com |
| Otis Carroll | fedserv@icklaw.com |
| Wesley Hill | |
| David Dillard | david.dillard@cph.com |

/s/ R. Benjamin King
**R. Benjamin King**

Plaintiff DataTreasury Corporation's Supplement to Response in Opposition to Non-Party Creative Payment Solutions Inc.'s Motion to Quash Plaintiff's Subpoena

Page 3 of 3

Case 1:06-mc-00075-UA-PTS   Document 6   Filed 09/11/2006   Page 3 of 3