IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORP. | § | |
|       Plaintiff | § | |
| | § | |
| V. | § | No. 2:03CV459 |
| | § | |
| MAGTEK, INC. | § | |
|       Defendant | § | |

## ORDER

Before the Court is Defendant Magtek, Inc.'s Motion for Protective Order (Dkt. No. 82).[1] The Court, having been advised further resolution of the motion is no longer needed, is of the opinion the motion should be **DENIED AS MOOT**. Accordingly, it is

**ORDERED** that Defendant Magtek, Inc.'s Motion for Protective Order (Dkt. No. 82) is hereby **DENIED AS MOOT**.

SIGNED this 8th day of September, 2006.

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE

---

[1] The motion was referred to the Magistrate Judge pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3) and the Amended Order for the Adoption of Local Rules for Assignment of Duties to United States Magistrate Judges. The Court hereby vacates the referral of this motion to the Magistrate Judge.