IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
1:06-mc-00075

| | |
|---|---|
| DATATREASURY CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>MAGTEK, INC.,<br><br>Defendant. | E.D. Tex. Civil Action No. 2:03-cv-00459-DF |

**NOTICE OF WITHDRAWAL OF NON-PARTY CREATIVE PAYMENT
SOLUTION'S MOTION TO QUASH PLAINTIFF'S SUBPOENA**

Non-party Creative Payment Solutions Inc. ("CPS") hereby withdraws its Motion to Quash Plaintiff's Subpoena filed in this Court on August 23, 2006.

Respectfully submitted, this the 19th day of September, 2006.

/s/ E. Danielle Thompson Williams
Steven Gardner
NC Bar No. 12137
E. Danielle Thompson Williams
NC Bar No. 23283
Bret T. Winterle
NC Bar No. 32051

1001 West 4th Street
Winston-Salem, NC 27104
Telephone: (336) 607-7300
Fax: (336) 607-7500

Attorneys for Non-Party Creative Payment
Solutions, Inc.

US2000 9468891.1 55588-329765

Dockets.Justia.com

# CERTIFICATE OF SERVICE

I hereby certify that on this date I caused to be served the foregoing Notice of Withdrawal of Non-party Creative Payment Solution's Motion to Quash Plaintiff's Subpoena on Plaintiff's counsel of record by CM/ECF addressed as follows:

| | |
|---|---|
| Anthony Bruster, Esq. | akbruster@nixlawfirm.com |
| Richard B. King, Esq. | benking@nixlawfirm.com |
| Nix Patterson & Roach, L.L.P. | |
| 2900 St. Michael Dr., 5th Floor | |
| Texarkana, TX 75503 | |
| | |
| David A. Dillard, Esq. | david.dillard@cph.com |
| Christie, Parker & Hale, LLP | |
| 350 West Colorado Blvd., Suite 500 | |
| P.O. Box 7068 | |
| Pasadena, CA 91109-7068 | |

This 19th day of September, 2006.

  /s/ E. Danielle Thompson Williams
E. Danielle Thompson Williams

Attorney for Non-Party Creative Payment Solutions, Inc.